**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | **)** | **Chapter 11** |
| | **)** | **Subchapter V** |
| **AQUA RESOLUTION LLC,** | **)** | |
| | **)** | **Case No. 26-00804** |
| | **)** | |
| **Debtor.** | **)** | **Hon. Michael B. Slade** |

**<u>EXHIBIT A</u>**

**<u>BUDGET – JUNE 2026</u>**


**<u>SEE ATTACHED</u>**

David P. Leibowitz (ARDC #1612271)
3352 N. Sheffield Avenue
Chicago, IL 60657
(312) 662-5750
dleibowitz@lakelaw.com

# Aqua Resolution LLC (RainSoft of Chicago)
# Cash Collateral Budget – June 2026 (Bi-Weekly)

| Period 1 (June 1 – June 15) | |
|---|---:|
| Revenue | $128,500 |
| COGS (58%) | ($74,530) |
| Gross Profit | $53,970 |
| Payroll | ($36,000) |
| Utilities | ($550) |
| Insurance | ($1,700) |
| Vehicles | ($925) |
| Marketing | ($2,750) |
| Office/Admin | ($250) |
| Phone/Internet | ($600) |
| Software | ($850) |
| Fuel | ($1,000) |
| Travel | ($400) |
| Recruiting | ($300) |
| Accounting | ($400) |
| Legal/Bankruptcy | ($2,500) |
| Net Cash Flow | $5,745 |

| Period 2 (June 16 – June 30) | |
|---|---:|
| Revenue | $128,500 |
| COGS (58%) | ($74,530) |
| Gross Profit | $53,970 |
| Payroll | ($37,000) |
| Rent | ($3,300) |
| Utilities | ($550) |
| Insurance | ($1,700) |
| Vehicles | ($925) |
| Marketing | ($2,250) |
| Office/Admin | ($250) |
| Phone/Internet | ($600) |
| Software | ($850) |
| Fuel | ($900) |

| | |
|---|---|
| Travel | ($400) |
| Recruiting | ($200) |
| Accounting | ($300) |
| Legal/Bankruptcy | ($2,500) |
| Net Cash Flow | $2,245 |

| Monthly Summary | |
|---|---|
| Total Revenue | $257,000 |
| Total COGS | ($149,060) |
| Gross Profit | $107,940 |
| Total Expenses | ($99,950) |
| Net Cash Flow | $7,990 |