Form G5 (20260311)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Aqua Resolution LLC<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: 26 B 00804<br><br>Chapter: 11<br>Honorable Michael B. Slade |

## ORDER CONFIRMING PLAN

This matter coming to be heard for Confirmation pursuant to the Court's scheduling order (Docket 118);

The Debtor having filed its Exhibit List (Docket 137) and Witness List (Docket 136) pursuant to that Order;

No objections having been filed to the Exhibit List and Witness List, all such Exhibits therefor being admitted into evidence;

The Court having heard and considered the Debtor's proffer and confirmed with the Debtor's principal, Thomas Norton, that if he were to testify, he would testify as to all matters addressed in the proffer;

It appearing, therefore, that the Debtor's Plan meets all requirements for confirmation under Section 1191(b) of the Bankruptcy Code, incorporating by reference the applicable provisions of Section 1129 (a) of the Bankruptcy Code;

Now therefore, Debtor's Plan (Docket 75) is confirmed pursuant to 11 USC 1191(b).

Enter:

United States Bankruptcy Judge

Dated: October 13, 2026

**Prepared by:**

David P. Leibowitz
Illinois Attorney 1612271
Attorney for Debtor
Lakelaw
3352 N. Sheffield Avenue
Chicago, IL 60657
312 662 5750
dleibowitz@lakelaw.com